**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1698

JOHN R. DANTZLER; OCTAVIA S. DANTZLER,

Plaintiffs - Appellants,

v.

JAY JONES, Attorney General of Virginia; DYLAN J. MCAULEY, Assistant Commonwealth Attorney; BRIAN G. MACADAM, Henrico Police Officer; THE HONORABLE NICOLE FOX, Judge of Henrico District Court; THE HONORABLE LANREN CANDILL, Judge of Henrico District Court,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00059-DJN)

Submitted:  January 22, 2026                           Decided:  January 28, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John R. Dantzler, Octavia S. Dantzler, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John R. Dantzler and Octavia S. Dantzler appeal the district court's order dismissing their civil action and denying them permission to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dantzler v. Miyares*, No. 3:25-cv-00059-DJN (E.D. Va. May 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*